# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 23, 2008

Charles R. Fulbruge III
Clerk

No. 07-30620
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

V.

KEVIN MORRIS

Defendant-Appellant

_____

07-30657
_____

UNITED STATES OF AMERICA

Plaintiff-Appellee

V.

ANITA D MORRIS

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 1:06-CR-10030-4

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

In these consolidated appeals, Kevin Morris appeals the sentence imposed following his conviction for conspiracy to commit financial aid fraud and bank fraud. Anita D. Morris appeals the sentence imposed following her conviction for one count of conspiracy to commit financial aid fraud and bank fraud and one substantive count of bank fraud. Both Kevin and Anita Morris argue that their trial counsel were ineffective for failing to object to the sentence enhancement imposed under U.S.S.G. § 2B1.1(b)(8)(D).

The record is not sufficiently developed to evaluate the substance of the appellants' claims on direct appeal. Therefore, we decline to address the ineffective assistance of counsel claims, without prejudice to the appellants' rights to raise them in a 28 U.S.C. § 2255 motion. See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006).

Accordingly, the judgments of the district court against Kevin Morris and Anita D. Morris are AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.